# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2010

139794 (58)

PAUL KACHUDAS,
      Plaintiff-Appellee,

v

INVADERS SELF AUTO WASH, INC.,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139794
COA: 281411
Genesee CC: 06-084859-NO

_____/

On order of the Court, the motion for reconsideration of this Court's May 21, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2010 _____

0629

_____
Clerk